IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Whaley,<br><br>        Plaintiff,<br><br>    v.<br><br>Great Lakes Educational Loan Services, Inc.; Does 1-20,<br><br>        Defendants. | 2:13-cv-00969-GEB-EFB<br><br>ORDER |

On July 15, 2013, Plaintiff filed a Motion to Strike the affirmative defenses alleged in Defendant's Answer under Federal Rule of Civil Procedure 12(f). (ECF No. 7.) However, Defendant timely filed an Amended Answer on July 19, 2013 (ECF No. 8), which is now the operative answer. See <u>Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc.</u>, 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); <u>see also</u> Fed. R. Civ. P. [15(a)(1)(A) (stating that "[a] party may amend its pleading once as a matter of course within . . . 21 days after serving it").

Since the referenced motion to strike does not address the operative answer, it is denied as moot.

Dated: August 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1