MICHELLE L. DAMA (*Pro Hac Vice*)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Facsimile: (608) 283-2275
email: mldama@michaelbest.com

JASON E. RIOS (State Bar No. 190086)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
email: jrios@ffwplaw.com

Attorneys for Great Lakes Educational Loan Services, Inc.

EDWARD MISLEH (State Bar No. 273645)
DANIEL WATTS (State Bar No. 277861)
LAW OFFICE OF EDWARD MISLEH 615 Tenth St.
Sacramento, CA 95814
Telephone: 916-443-1267
Fax: 916-266-9403
Email: Daniel@edwardmisleh.com

Attorneys for Jay Whaley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Whaley,<br><br>          Plaintiff,<br><br>v.<br><br>Great Lakes Educational Loan Services, Inc.; Does 1-20;<br><br>          Defendants. | Case No. 2:13-cv-00969-GEB-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Jay Whaley, by and through his undersigned attorneys, and Great Lakes Educational Loan Services, Inc., by and through its undersigned attorneys, and pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the voluntary dismissal of the above-captioned lawsuit **with prejudice** and without costs or attorneys' fees to either party.

Dated:  October 10, 2013    FELDERSTEIN FITGERALD
WILLOUGHYBY & PASCUZZI LLP

By: /s/ Jason E. Rios
    Jason E. Rios
    Attorneys for Great Lakes Educational Loan
    Services, Inc.

Dated:  October 14, 2013    MICHAEL BEST & FRIEDRICH LLP

By: /s/ Michelle L. Dama
    Michelle L. Dama
    Attorneys for Great Lakes Educational Loan
    Services, Inc.

Dated:  October 7, 2013     LAW OFFICE OF EDWARD MISLEH

By: /s/ Daniel Watts
    Daniel Watts
    Edward Misleh
    Attorneys for Jay Whaley